[Civil No. 267.]

PATRICK BAMBRICK and CHAS. NAGLE, Administrators, Appellees, v. JAMES T. SIMMS, Appellant.

APPEAL from the District Court of the Second Judicial District in and for the County of Maricopa.

· E. J. Edwards, for Appellant.

Wilbur F. Lunt, for Appellees.

February 14, 1889. Affirmed.

[Civil No. 258.]

C. D. PUTNAM et al., Appellees, v. MICHAEL KENNEDY, Appellant.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal.

No appearances of record.

February 15, 1889. Affirmed.

[Civil No. 268.]

GERALDO BONELLAS, Appellee, v. DANIEL NOONAN and wife, Appellants.

APPEAL from the District Court of the Second Judicial District in and for the County of Maricopa.

Edwards & Chalmers, for Appellants.

Wilbur F. Lunt, for Appellee.

February 16, 1889. Affirmed.